UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROBERT KEITH YOST,**
**Plaintiff,**

-V-

Case No. C2-12-704
**JUDGE SARGUS**
Magistrate Judge King

**HORIZONS MENTAL HEALTH**
**MANAGEMENT, LLC, ET AL.,**
**Defendants.**

## AMENDED ORDER SETTING TRIAL DATE

The Court's Order Setting Trial Date entered on November 27, 2012 (Doc.# 15) is hereby **VACATED** in its entirety. The parties shall adhere to the following amended **trial schedule:**

**Summary:**

| | |
|---|---|
| January 21, 2014 | Confidential assessment for settlement conference. See Section B of Doc. # 15 for an explanation, and also for the parties' obligations prior to and during the Settlement Conference. |
| January 28, 2014<br>Tues., 9:30 am | Settlement conference. Parties shall inform the Court whether they intend to handle exhibits electronically. The Courtroom which will be used for the trial is fully equipped to handle electronic exhibits. |
| February 3, 2014 | Statement of witnesses, designations of deposition portions, and exhibit lists. Proposed case-specific jury instructions to be served on opposing counsel. (If the case will not be tried to a Jury, counsel shall disregard this provision and other provisions of this Order relating to Jury issues). |
| February 10, 2014 | Stipulations. Motions in limine. Agreed upon jury instructions and proposed case-specific jury instructions. |
| February 18, 2014 | Memoranda contra motions in limine. Objections to case-specific jury instructions. |
| February 24, 2014 | Final pretrial order due. General areas of questions for voir dire. |

February 27, 2014          Final pretrial conference.
9:00 am

March 10, 2014             Voir dire, Trial - opening statements, presentation of evidence.


The parties are directed to refer to the Court's <u>Original</u> Scheduling Order Setting Trial Date <u>(Doc. #15, filed 11/27/12)</u> for substantive direction as to the foregoing deadlines.

**IT IS SO ORDERED.**

7-8-2013
**Date**

EDMUND A. SARGUS, JR.
**UNITED STATES DISTRICT JUDGE**